TIMOTHY DOORLEY, Respondent, *v.* MARY O'GORMAN, Impleaded, Appellant.

*Doorley* v. *O'Gorman*, 31 App. Div. 216, appeal dismissed.
(Argued February 27, 1899; decided March 7, 1899.)

MOTION to dismiss an appeal from orders of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1898, affirming orders of Special Term, denying appellant's application for a new trial made under

section 1525 of the Code of Civil Procedure, and also from an order of the Appellate Division, entered September 6, 1898, denying appellant's motion for leave to appeal from the order of affirmance to the Court of appeals.

*William T. Matthies* for motion.

No one opposed.

Motion granted, with costs.